The PEOPLE OF the State of
MISSOURI, Plaintiff,

John M. Oyer, Appellant,

Michael Johnson; Stephanie
L. Waughtal, Plaintiffs,

v.

State of MISSOURI, Kansas City, Municipality Codes Administration Department, Neighborhood Community Service Department; Leon Ford, Individually & capacity of law; Nick Domann, Individually & capacity of law; Virginia Lewis–Brunk, Individually & corp. capacity; Patricia Murray, Individually & corporate capacity; Magistrate Wayne Cagle; Leron Ford; Lowell Gard; City of Kansas City, Codes Administration Department; Kansas City, Inc.; Lorna Kindred; Magistrate Joseph Locascio; Neighborhood Community Service Department, Appellees.

The People of the State of Missouri;
John M. Oyer, Plaintiff,

Michael Johnson, Appellant,

Stephanie L. Waughtal, Plaintiff,

v.

State of Missouri, Kansas City, Municipality Codes Administration Department, Neighborhood Community Service Department; Leon Ford, Individually & capacity of law; Nick Domann, Individually & capacity of law; Virginia Lewis–Brunk, Individually & corp. capacity; Patricia Murray, Individually & corporate capacity; Magistrate Wayne Cagle; Leron Ford; Lowell Gard; City of Kansas City, Codes Administration Department; Kansas City, Inc.; Lorna Kindred; Magistrate Joseph Locascio; Neighborhood Community Service Department, Appellees.

Nos. 06–1900, 06–2292.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 3, 2007.

Filed: Oct. 12, 2007.

John M. Oyer, Kansas City, Mo, pro se.

George Steven Diegel, City Attorney's Office, Kansas City, MO, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

John Oyer and Michael Johnson appeal the district court's[1] orders dismissing their civil-rights action for failure to state a claim and failure to provide proof of service, and denying their motions for reconsideration and relief from judgment. Having carefully reviewed the entire district court file, we deny appellants' motion to supplement the record. We affirm the judgment for the reasons the district court provided in its various rulings. *See* 8th Cir. R. 47B.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.